PANHARD OIL CORPORATION, Appellant, v. LONG BEACH DREDGING CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALESSANDRO EUSEPPI and HILDA RABINOWITZ, as Administrators of the Estate of MOMEO EUSEPPI, Deceased, Respondents, v. BATTISTA LORAIA and MARY G. POLOSO, Appellants.— Order reversed, with costs, and verdict reinstated, upon the ground that the issues were fairly submitted to the jury, whose finding is not against the weight of the evidence, and no reason exists for disturbing their verdict. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of LENA ASPIDIA, Respondent, v. PETER LAROTONDA, Appellant.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS A. LEWIS, Appellant, v. MERRITT & CHAPMAN DERRICK AND WRECKING COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of NewYork, on the Complaint of ROSE D'AMIANO, Respondent, v. JAMES FRISH, Appellant.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PIO MELCHOR.— Motion to dismiss appeal granted unless the appellant procure the record on appeal to be filed on or before the 1st day of March, 1929. No further extension of time will be granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LENA SOLOMITZ, as Administratrix, etc., of HYMAN SOLOMITZ, Deceased, v. WILLIAM STEINBERG, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

A. B. MURRAY Co., INC., Respondent, v. LIDGERWOOD MANUFACTURING COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ. [132 Misc. 414.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SPANNER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ALLAN D. CAMPBELL, Respondent, v. MAGOBA CONSTRUCTION Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

MALCOLM C. ROSE, Appellant, v. MARY DUNNING ROSE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

NELLIE BABBISH, as Administratrix, etc., of ANTHONY BABBISH, Deceased, Appellant, v. ROYAL MAIL STEAM PACKET COMPANY, Defendant, Impleaded with STEAMSHIP TERMINAL OPERATING CORPORATION, Respondent.— Order reversed, with ten dollars costs and disbursements to the appellant against the respondent Steamship Terminal Operating Corporation, and the motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.